**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
La Plata County Court Judge Martha Minot**

_____

| | |
|---|---|
| Date: January 30, 2009 | Probation/Pretrial: |
| Secretarial Assistant: Shirley W. Dills | Interpreter: |
| County Court Recording | |

_____

Criminal Case No.: 09-MJ-00107-DLW
(Arizona Case No.: CR-01-1030-01-PCT-FJM)

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

v.

**1. MILTON WAGON, JR.,**

          **Defendant.**

[ ] James Candelaria, AUSA
[ ] Todd Norvell, AUSA
[ ] Robert Mydans, AUSA
[x] Dondi Osborne, AUSA

Counsel: Robert C. Duthie, III

_____

**COURTROOM MINUTES - INITIAL APPEARANCE
PETITION ON VIOLATION OF SUPERVISED RELEASE
FROM DISTRICT OF ARIZONA**
_____

**Court in Session: 1:15 p.m.**

Court calls case and appearances entered.
Defendant present in custody.
Defendant advised of the alleged violations listed in the Petition on Violation of Supervised Release.
Counsel waived any further advisement of rights.
Defendant has completed Financial Affidavit and requests court appointed counsel.

**ORDERED:**
- Robert C. Duthie, III is appointed from the CJA Panel to represent the Defendant locally.

1

Government seeks detention.

**ORDERED:**
- Identity and Detention hearings are scheduled for February 3, 2009 at 4:45 p.m. before the Magistrate Judge in Durango, Colorado.
- Defendant is remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 1:20 p.m.**
Time: 5 Minutes